FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Carillo, Hector Ruben

Defendant.

Case No.: CR10-364-RGK

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CD CA, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on backgrd, cmty ties unknown due to failure to interview; bail resources unknown; on going substance abuse problem.

his conduct in violating conditions of supervision evidences a lack of amenability to supervision

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his revocation history; mental health issues history; drug abuse history; commission of new offense while under supervision

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 9/15/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE